Honorable: Judge Mark Kent Ellis

82,865-01

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 06 2015
Abel Acosta, Clerk

He violated my 14 Amendment to a fair hearing by Making a bias decision on the case of Assault of a family member into A Assault with a Deadly Weapon did No investigation to determine At my Adjudicated hearing. To determine what kind or what grade of the felony should've been Arranged on. ② He made that decision of excessive punishment with No facts or support of this case ⒶNo photos of a Assault to support that fact ⒷNo statement or any Medical Report from hospital or E.M. ⒸIn proper judgement of my constitutional Rights to a fair hearing ⒹIf a Knife did not cause serious bodily injury or death to qualify As a deadly weapon for purposes of Aggravated Assault the evidence Must prove that the actor use the Knife in which it would be capable of causing serious bodily injury under Texas Law.

CAUSE NO. 1412043

State of Texas

Vs.

Anthony G. Nash

In The District Court 351 Judicial District Harris, County Texas

To The Honorable Court:

COMES NOW Anthony Nash TDCJ NO. 1928601 herein after defendant, Pro se and files this Notice to.

Objection and Rebuttal to Counsel Affidavit and Notice to the Courts of defendants desire to right of an Appeal.

An would show the courts the following

1. On May 1st 2014 Judgment and Sentenced was entered herein.

2. On May 1st 2014 the Trial Courts signed the Trial Courts Certificate of Defendants Right of Appeal.

3. Defendants Attorney has not written me or informed me if he filled the necessary papers for my Notice of Appeal as he told me he was going to do May 1st 2014 but did not do.

4. On May 1st 2014 defendant notified his counsel of his desire to Appeal. Trial counsel advised defendant that indeed he would file the necessary appeal papers.

5. Defendant is not a lawyer or ever trained in law, An believed his lawyer would file the necessary papers to begin defendants appeal, As he told defendant he would.

6. Therefor that trial counsel fail to file the Notice Of Appeal thats Ineffective Assistance of Counsel to the defendants right to appeal.

7. Defendant has filed a recent State Bar of Texas grievance on his trial Counsel refusing to do his job to represent defendant properly as Ineffective Assistance of Counsel.

8. Defendant is not a lawyer and believed his lawyer, and believed his lawyer would file the Notice of an Appeal paper work defendant believed the next logical step was to file an 11.07 and notify the Courts on his grounds that his lawyer did not file the necessary forms to secure an appeal and most importanly an appeal lawyer.

9. Counsel Davidson did not file any motions to represent defendant in a proper manner the defendant was denied of his 6th an 14th Amendment Rights.

10. Defendant asserts that Counsel performance fell below an objective standards of reasonableness for counsel unproffessional errors that the result of the proceeding would have been different.

11. Defendant assert that he is entitled to an appeal on cause no. 1412043 .

I Anthony Nash, TDCJ No. 1928601 being presently incarcerated in the Texas Department of Criminal Justice, Lopez State Jail, Edinburg, Tx declare under penalty of perjury that the foregoing instrutment is true and correct to the best of my Ablity.

Wherefore defendant prays that this Honorable Court do find after a thorough review of the record under cause no. 1412043 is completly silent.

<u>March 3rd 2015</u>
Date

<u>Anthony Nash</u>
Signature

CAUSE NO. 1412043

I Anthony Nash Amendment to my 11.07

for the case of 1412043 stating my facts

Modification process for the better Addition

proposed.

Thank you God Bless

Anthony Nash

March 3, 2015